In the Matter of the Petition of BENJAMIN F. CROWELL and Others, Respondents, for the Drainage of Certain Swamp Lands in the Town of Barre.   DORA M. FLETCHER and Another, Appellants.— Order appealed from reversed, assessment set aside, commissioners discharged and reassessment directed to be had before new commissioners to be appointed by the County Court, with costs to the appellants to abide the final award of costs.   Held, that the method of assessment adopted in imposing an equal rate of assessment on properties not equally benefited was erroneous and in violation of section 30 of the Drainage Law.   This is without passing on the qualification of the commissioners.   All concur.

HENRY C. MARCY, as Trustee in Bankruptcy, of HOMER J. FRENCH, Bankrupt, Respondent, v. EVANGELINE A. FRENCH and Another, Appellants, Impleaded with Others.— Judgment modified by allowing Theodore L. French's claim for $2,500 and allowing to the plaintiff but one bill of costs, and as so modified affirmed, with costs of this appeal to Theodore L. French against the plaintiff.   Settle order before Clark, J., on two days' notice at which time findings to be disapproved and proposed new findings may be submitted.   All concur.

In the Matter of Proving the Last Will and Testament of HELEN P. GAY, Deceased.   WILLIAM G. PENNYPACKER, JR., Appellant; LOUIS WHITING GAY and Another, Executors, etc., and Others, Respondents.— Decree affirmed, with costs.   All concur.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of ASHER T. CUDABACK, an Alleged Incompetent Person, Appellant.   JENNIE A. CUDABACK, Respondent.— Order modified by striking out the designation of time and place of the trial and also the mandatory requirement that the defendant appear upon the hearing, and as so modified affirmed, without costs of this appeal to either party. All concur.

LUDLOW VALVE MANUFACTURING COMPANY, Respondent, v. THE VILLAGE OF MIDDLEPORT and Others, Appellants, Impleaded with UNITED STATES CAST IRON PIPE AND FOUNDRY COMPANY, Respondent.— Judgment affirmed, with costs.   All concur.

CHRISTINA H. WORDEN, as Administratrix, etc., of FREDERICK B. WORDEN,